# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

Malcolm R L Melvin, III 22320-171 )
(full name)                    (Register No.) )
                                              )
_____               )
                                              )
                                              )
         Plaintiff(s).                        )
                                              )
                                              )
                                              ) Case No. _____
                                              )
                                              )
BOP Bureau of Prisons                         )
(Full name)                                   )
and unknown staff members                     )
_____               )
         Defendant(s).

## COMPLAINT PURSUANT TO 28 U.S.C. § 1331

I. Place of present confinement of plaintiff(s): Springfield MCFP

_____

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Malcolm Robert Lee Melvin, III  Register No. 22320-171
   Address PO Box 4000, Springfield, MO 65801

B. Defendant Bureau of Prisons
   and unknown staff members
   Is employed as Corrections employees

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes ___ No ✓

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___
State the amount claimed? $20,000 / 20,000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ___ No ✓

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ✓ No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
I wrote Administrative Remedies on January 31, 2020, to no avail. I also wrote Congressman Wm. Lacy Clay, Jr. and Senator Kay Hagen and Senator Eleanor Holmes as well as AG William Bell

D. If you have not filed a grievance, state the reasons.
N/A

VIII. Previous civil actions:
1. A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case: Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ✓ No ___

C. If your answer is "yes," to either of the above questions, provide the following information for each case.

(1) Style: Nelvin (Plaintiff) v. D. Cearnlee Et al (Defendant)
(2) Date filed: ___
(3) Court where filed: ___
(4) Case Number and citation: ___

2

Case 6:20-cv-03077-RK   Document 1   Filed 03/16/20   Page 2 of 5

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
   (Pending) (on appeal) (resolved)

(8) If resolved, state whether for:
_____
   (Plaintiff) or (defendant

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

On Monday, January 27, 2020, I was sexually assaulted by staff, whom I could not see because they refused to decontaminate me after a fight where I was sprayed, by penetration to my rectum with 2 fingers twice on that day. I could see silhouettes and bright colors in the darkened room as I blinked to clear my eyes. The first time it was 2 staff the second it was one. The voices of the first occasion made out as Officer A. Herrell and Lieutenant S. Deutsch; the other was unidentifiable

B. State briefly your legal theory or cite appropriate authority:
Sexual Assault is a crime and Cruel and Unusual Punishment
_____
_____
_____
_____

Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
I want monetary damages of $40,000 total
_____

3

X. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?  Yes____ No__✓__

If so, state the names(s) and address(es) of each lawyer contacted.

N/A

C. Have you previously had a lawyer representing you in a civil action in this court?  Yes____ No__✓__

If so, state the lawyers name and address.

N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 03-10-2020 day of _____ 20__.

Malcolm Melvin, III
Malcolm Melvin, III
(Signatures of Plaintiff(s))

4

Malcolm R. L. Welvin III
Res. No. 22803-171
Springfield Medical Center
for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801

US District Court
Office of the Clerk
1510 Whittaker Courthouse
400 East Ninth Street
Kansas City, MO 64106

RECEIVED
2020 MAR 16 PM 1:32
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

